**Theron J. BARTELL, Plaintiff–Appellant,**

v.

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Defendant–Appellee.**

No. 02–1668.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 24, 2002.

Decided Oct. 30, 2002.

Theron J. Bartell, Appellant Pro Se. James C. Allison, Susan Elizabeth Murphy, United States Equal Employment Opportunity Commission, Washington, D.C., for Appellee.

Before WIDENER, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Theron J. Bartell appeals the district court's order denying his motion for reconsideration of the order dismissing his action against the Equal Employment Opportunity Commission. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Bartell v. EEOC,* No. CA–00–453 (W.D.N.C. Apr. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*